735 A.2d 707

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**John I. REED, III, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.

Decided Sept. 9, 1999.

Susan E. Moyer, Asst. District Attorney, Joseph C. Madenspacher, District Attorney, for Com.

Lyn Bailey, Asst. Public Defender, James J. Karl, Chief Public Defender, for John I. Reed, III.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

114

## ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Lancaster County Court of Common Pleas dated March 12, 1998, insofar as it is consistent with our disposition in *Williams* and we reverse its order insofar as it is inconsistent with the same. Furthermore, we remand the matter to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.